| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Cristobal Collado <br> First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–2107 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13   1/2/17 |
| Case number: | 17–10017–JKS | Date case converted to chapter: | 7   5/10/17 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Cristobal Collado | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 76 Chestnut Street <br> Paterson, NJ 07504 | |
| 4. | **Debtor's attorney** <br> Name and address | Stuart D. Gavzy <br> Stuart D. Gavzy, Esq. <br> 8171 E. Del Barquero Drive <br> Scottsdale, AZ 85258 | Contact phone 973–256–6080 |
| 5. | **Bankruptcy trustee** <br> Name and address | Eric R. Perkins <br> McElroy, Deutsch, Mulvaney & Carpenter <br> 40 West Ridgewood Avenue <br> Ridgewood, NJ 07450 | Contact phone (201) 445–6722 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

Debtor **Cristobal Collado**                                                                                       Case number **17–10017–JKS**

| 6. **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | MLK Jr Federal Building 50 Walnut Street Newark, NJ 07102 Additional information may be available at the Court's Web Site: www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays) Contact phone 973–645–4764 Date: 5/15/17 |
|---|---|---|
| 7. **Meeting of creditors** **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.** All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **June 12, 2017 at 10:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Office of the US Trustee, 1085 Raymond Blvd., One Newark Center, Suite 1401, Newark, NJ 07102–5504** |
| 8. **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/11/17** |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-10017-JKS
Cristobal Collado                                                               Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 2              Date Rcvd: May 15, 2017
                              Form ID: 309A              Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2017.
db            +Cristobal Collado,    76 Chestnut Street,    Paterson, NJ 07501-3511
516576113     +Americas Servicing Co,    P.o. Box 10328,    Des Moines, IA 50306-0328
516576114     +Ctech Coll,    5505 Nesconset Hwy,    Mount Sinai, NY 11766-2037
516725361     +Deutsche Bank National Trust Co. Trustee (See 410),     c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516599865     +Federal National Mortgage Association,     Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
516636969     +HSBC Bank USA, N.A., Trustee (See 410),     c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516576117    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
              (address filed with court:   IRS,    200 Federal Plaza, 3rd Floor,    Paterson, NJ 07505)
516815038      PNC Bank, National Association,    c/o Select Portfolio Servicing, Inc.,    PO Box 65250,
                Salt Lake City, NJ 84165-0250
516576118     +Select Portfolio Svcin,    Po Box 65250,    Salt Lake City, UT 84165-0250
516576119     +Seterus Inc,    14523 Sw Millikan Way St,    Beaverton, OR 97005-2352
516815198     +Seterus, Inc.,    PO Box 1047,    Hartford, CT 06143-1047

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: stuart@gavzylaw.com May 15 2017 22:11:51     Stuart D. Gavzy,
                Stuart D. Gavzy, Esq.,    8171 E. Del Barquero Drive,    Scottsdale, AZ 85258
tr            +EDI: BERPERKINS.COM May 15 2017 21:58:00      Eric R. Perkins,
                McElroy, Deutsch, Mulvaney & Carpenter,     40 West Ridgewood Avenue,    Ridgewood, NJ 07450-3136
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 15 2017 22:12:40      U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 15 2017 22:12:38      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516596017     +EDI: IRS.COM May 15 2017 21:58:00      Department of Treasury,    Internal Revenue Service,
                P O Box 7346,   Philadelphia, PA 19101-7346
516790775      E-mail/Text: bankruptcy.bnc@ditech.com May 15 2017 22:12:25
                Ditech Financial LLC fka Green Tree Servicing LLC,     P.O. Box 6154,
                Rapid City, South Dakota 57709-6154
516576115     +E-mail/Text: bankruptcy.bnc@ditech.com May 15 2017 22:12:25      Ditech Financial Llc,
                Po Box 6172,   Rapid City, SD 57709-6172
516576116     +EDI: TSYS2.COM May 15 2017 21:58:00      Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
516655983     +EDI: RMSC.COM May 15 2017 21:58:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
516576120     +EDI: CITICORP.COM May 15 2017 21:58:00      Thd/cbna,    Po Box 6497,
                Sioux Falls, SD 57117-6497
                                                                                               TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516576121       Unspecified Creditors
                                                                                               TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2           User: admin              Page 2 of 2             Date Rcvd: May 15, 2017
                               Form ID: 309A            Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2017 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
         Deutsche Alt-A Securities, Inc., Mortgage Pass- Through Certificates Series 2006-AR5
         dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
        Eric R. Perkins     eperkins@mdmc-law.com,    slahr@mdmc-law.com,nj42@ecfcbis.com,
         gdelmonaco@mdmc-law.com
        Justin  Plean    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION jplean@rasflaw.com,
         bkyecf@rasflaw.com;ras@ecf.courtdrive.com
        Laura M. Egerman    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
         legerman@rasnj.com,    gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com
        Laura M. Egerman    on behalf of Creditor    SETERUS - Seterus, Inc. legerman@rasnj.com,
         gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com
        Stuart D. Gavzy    on behalf of Debtor Cristobal  Collado stuart@gavzylaw.com,
         lesliebrown.paralegal@gmail.com,sstern@gavzylaw.com,gavzyecf@gmail.com,stuart@ecf.courtdrive.com
        U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                TOTAL: 7