UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Cristobal Collado

Case No.: 17-10017
Chapter: 7
Judge: JKS

## NOTICE OF PROPOSED ABANDONMENT

__Eric R. Perkins__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | U.S. Bankruptcy Court
50 Walnut Street
Newark, New Jersey  07102 |

If an objection is filed, a hearing will be held before the Honorable __John K. Sherwood__ on __August 22, 2017__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3D__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 101 Madison Avenue
Paterson, NJ  07524

Fair Market Value: $75,000 |

| Liens on property: | Subject to a mortgage held by the Ditech Financial on which there is due approximately $96,260. |

| Amount of equity claimed as exempt: | None |

Objections must be served on, and requests for additional information directed to:

Name: Eric R. Perkins, Trustee
Address: 40 West Ridgewood Avenue, Ridgewood, New Jersey  07601
Telephone No.: (201) 493-3734

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Cristobal Collado  
    Debtor

Case No. 17-10017-JKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Jul 20, 2017  
                        Form ID: pdf905     Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2017.

```
db              +Cristobal Collado,    76 Chestnut Street,     Paterson, NJ 07501-3511
516576113       +Americas Servicing Co,    P.o. Box 10328,    Des Moines, IA 50306-0328
516576114       +Ctech Coll,    5505 Nesconset Hwy,    Mount Sinai, NY 11766-2037
516725361       +Deutsche Bank National Trust Co. Trustee (See 410),     c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516576116       +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
516599865       +Federal National Mortgage Association,    Robertson, Anschutz & Schneid, P.L.,
                  6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
516636969       +HSBC Bank USA, N.A., Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516576117       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court:  IRS,    200 Federal Plaza, 3rd Floor,    Paterson, NJ 07505)
516815038        PNC Bank, National Association,    c/o Select Portfolio Servicing, Inc.,    PO Box 65250,
                  Salt Lake City, NJ 84165-0250
516576118       +Select Portfolio Svcin,    Po Box 65250,    Salt Lake City, UT 84165-0250
516576119       +Seterus Inc,    14523 Sw Millikan Way St,    Beaverton, OR 97005-2352
516815198       +Seterus, Inc.,    PO Box 1047,    Hartford, CT 06143-1047
516576120       +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 20 2017 23:10:54     U.S. Attorney,     970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 20 2017 23:10:50     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
intp             E-mail/Text: BNC@magtrustee.com Jul 20 2017 23:11:28     Marie-Ann Greenberg,
                  Chapter 13 Standing Trustee,    30 Two Bridges Road,    Suite 330,    Fairfield, NJ  07004-1550
cr              +E-mail/PDF: gecsedi@recoverycorp.com Jul 20 2017 23:07:45
                  Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
516596017       +E-mail/Text: cio.bncmail@irs.gov Jul 20 2017 23:10:28     Department of Treasury,
                  Internal Revenue Service,    P O Box 7346,    Philadelphia, PA 19101-7346
516790775        E-mail/Text: bankruptcy.bnc@ditech.com Jul 20 2017 23:10:39
                  Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                  Rapid City, South Dakota 57709-6154
516576115       +E-mail/Text: bankruptcy.bnc@ditech.com Jul 20 2017 23:10:39     Ditech Financial Llc,
                  Po Box 6172,    Rapid City, SD 57709-6172
516655983       +E-mail/PDF: gecsedi@recoverycorp.com Jul 20 2017 23:06:47     Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                                TOTAL: 8
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               SETERUS - Seterus, Inc.,    6409 Congress Avenue, Suite 100,    Boca Raton,
516576121        Unspecified Creditors
cr*             +FEDERAL NATIONAL MORTGAGE ASSOCIATION,    Robertson, Anschutz & Schneid, P.L.,
                  6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
                                                                                  TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2017                                                     Signature:   /s/Joseph Speetjens

```
District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: Jul 20, 2017
                              Form ID: pdf905            Total Noticed: 21
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2017 at the address(es) listed below:
              Denise E. Carlon     on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Deutsche Alt-A Securities, Inc., Mortgage Pass- Through Certificates Series 2006-AR5
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon     on behalf of Creditor    Deutsche Bank National Trust Company, as trustee for
               GSAMP Trust 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-HSBC1
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Eric R. Perkins     eperkins@mdmc-law.com,    slahr@mdmc-law.com,nj42@ecfcbis.com,
               gdelmonaco@mdmc-law.com
              Eric R. Perkins     on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com,    slahr@mdmc-law.com,
               nj42@ecfcbis.com,gdelmonaco@mdmc-law.com
              Justin Plean     on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION jplean@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Laura M. Egerman     on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               bkyecf@rasflaw.com,    gshasa@rasnj.com;bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman     on behalf of Creditor    SETERUS - Seterus, Inc. bkyecf@rasflaw.com,
               gshasa@rasnj.com;bkyecf@rasflaw.com;legerman@rasnj.com
              Stuart D. Gavzy     on behalf of Debtor Cristobal  Collado stuart@gavzylaw.com,
               lesliebrown.paralegal@gmail.com,sstern@gavzylaw.com,gavzyecf@gmail.com,stuart@ecf.courtdrive.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```