UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Stuart D. Gavzy, Esquire
8171 E. Del Barquero Drive
Scottsdale, AZ 85258
973-256-6080
Fax: 480-452-1665
Email: stuart@gavzylaw.com
Attorney for Debtor,
Cristobal Collado

In Re:

   Cristobal Collado

Case No.: _____17-10017 JKS_____

Hearing Date: _____

Judge: _____JKS_____

Chapter: _____7_____

**Order Filed on October 25, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

## ORDER CONVERTING CASE TO CHAPTER 13

The relief set forth on the following pages, numbered two (2) through three (3), is **ORDERED**.

**DATED: October 25, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of _____the debtor to convert case to a Chapter 13_____ and

for good cause shown, it is

ORDERED that this case is converted from chapter ___7___ to chapter 13, and it is

further

ORDERED that within 14 days of the date of this Order the debtor shall file amendments

to previously filed schedules and statements as necessary, and it is further

❏       ORDERED that if the case is converting from chapter 7,  and the fee under that

chapter was waived by prior order of this court, the debtor must pay the chapter

13 filing fee in the amount of _____0.00_____ in full or file an Application to Pay

in Installments within 14 days of the date of this order or the case will be

reconverted to chapter 7 without further notice, and it is further

ORDERED that the chapter 7 trustee shall:

☒       immediately turn over to the debtor all records and property of the estate in

his/her custody or control,

☒       within 30 days of the date of this order, file an accounting of all receipts and

distributions made, together with a report on the administration of the case as

required by 11 U.S.C. § 704(a)(9),

☒       within 30 days of the date of this Order, file a Request For Payment of

Administrative Expenses, if appropriate, it is further

2

ORDERED that:

❏       the case shall not be dismissed in the event the debtor is unsuccessful in
         confirming and completing a plan, but shall be reconverted,

☒       the conversion is conditioned upon payment by the debtor(s), through the Chapter
         13 plan, of all allowed chapter 7 administrative expenses, and it is further

ORDERED that within 14 days of the date of this Order the debtor shall file:

•       a Chapter 13 Plan and Motions, and

•       if this case was originally filed on or after October 17, 2005, a *Statement of
         Monthly Income and Calculation of Commitment Period and Disposable Income*
         as required by Fed. R. Bankr. P. 1007(b)(5), and it is further,

ORDERED that if the debtor fails to file the documents set forth above within 14 days of
the date of this Order, the case shall be converted to chapter 7 by the Court without further
notice. If you object to the reconversion of the case, you may submit a response in writing
setting forth the reasons why reconversion would not be proper. Such response must be received
by the court prior to the expiration of the 14  day submission period.

*rev.8/1/15*