Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 17−10017−JKS
                Chapter:  13
                Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cristobal Collado
   76 Chestnut Street
   Paterson, NJ 07504

Social Security No.:
   xxx−xx−2107

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          12/14/17
Time:         09:00 AM
Location:      Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 26, 2017
JAN: zlh

                                  Jeanne Naughton
                                  Clerk, U. S. Bankruptcy Court

```
                          United States Bankruptcy Court
                                District of New Jersey

In re:                                                          Case No. 17-10017-JKS
    Cristobal Collado                                           Chapter 13
                  Debtor

                                 CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                 Page 1 of 2           Date Rcvd: Oct 26, 2017
                               Form ID: 132                Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2017.
db             +Cristobal Collado,    76 Chestnut Street,    Paterson, NJ 07501-3511
516576113      +Americas Servicing Co,    P.o. Box 10328,    Des Moines, IA 50306-0328
516576114      +Ctech Coll,    5505 Nesconset Hwy,    Mount Sinai, NY 11766-2037
516725361      +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516576116      +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
516599865      +Federal National Mortgage Association,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
516636969      +HSBC Bank USA, N.A., Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516576117     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: IRS,    200 Federal Plaza, 3rd Floor,    Paterson, NJ 07505)
516576119      +Seterus Inc,    14523 Sw Millikan Way St,    Beaverton, OR 97005-2352
516815198      +Seterus, Inc.,    PO Box 1047,   Hartford, CT 06143-1047
516576120      +Thd/cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 26 2017 23:25:48      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 26 2017 23:25:44      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
intp            E-mail/Text: BNC@magtrustee.com Oct 26 2017 23:26:33      Marie-Ann Greenberg,
                 Chapter 13 Standing Trustee,    30 Two Bridges Road,    Suite 330,   Fairfield, NJ 07004-1550
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2017 23:30:06
                 Synchrony Bank c/o PRA Receivables Management, LLC,     PO BOX 41021,   Norfolk, VA 23541-1021
516596017      +E-mail/Text: cio.bncmail@irs.gov Oct 26 2017 23:25:15      Department of Treasury,
                 Internal Revenue Service,    P O Box 7346,   Philadelphia, PA 19101-7346
516790775       E-mail/Text: bankruptcy.bnc@ditech.com Oct 26 2017 23:25:27
                 Ditech Financial LLC fka Green Tree Servicing LLC,     P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516576115      +E-mail/Text: bankruptcy.bnc@ditech.com Oct 26 2017 23:25:27      Ditech Financial Llc,
                 Po Box 6172,   Rapid City, SD 57709-6172
516815038       E-mail/Text: jennifer.chacon@spservicing.com Oct 26 2017 23:26:46
                 PNC Bank, National Association,    c/o Select Portfolio Servicing, Inc.,    PO Box 65250,
                 Salt Lake City, NJ 84165-0250
516576118      +E-mail/Text: jennifer.chacon@spservicing.com Oct 26 2017 23:26:46      Select Portfolio Svcin,
                 Po Box 65250,    Salt Lake City, UT 84165-0250
516655983      +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2017 23:29:48      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 10

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              SETERUS - Seterus, Inc.,    6409 Congress Avenue, Suite 100,   Boca Raton,
516576121       Unspecified Creditors
cr*            +FEDERAL NATIONAL MORTGAGE ASSOCIATION,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
                                                                                        TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2017                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-2            User: admin                  Page 2 of 2                   Date Rcvd: Oct 26, 2017
                                Form ID: 132                 Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   HSBC Bank USA, National Association as Trustee for
               Deutsche Alt-A Securities, Inc., Mortgage Pass- Through Certificates Series 2006-AR5
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor   Deutsche Bank National Trust Company, as trustee for
               GSAMP Trust 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-HSBC1
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com,   slahr@mdmc-law.com,
               nj42@ecfcbis.com,gdelmonaco@mdmc-law.com
              Justin  Plean    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION jplean@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Laura M. Egerman    on behalf of Creditor   FEDERAL NATIONAL MORTGAGE ASSOCIATION
               bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor   SETERUS - Seterus, Inc. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Stuart D. Gavzy    on behalf of Debtor Cristobal  Collado stuart@gavzylaw.com,
               lesliebrown.paralegal@gmail.com,sstern@gavzylaw.com,gavzyecf@gmail.com,stuart@ecf.courtdrive.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```