| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Marie-Ann Greenberg MAG-1284**<br>**Chapter 13 Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>973-227-2840 | <br><br>Order Filed on December 21, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey |
| IN RE:<br><br>  CRISTOBAL COLLADO | Case No.:  17-10017JKS<br><br>Hearing Date:  12/14/2017<br><br>Judge:  JOHN K. SHERWOOD |

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: December 21, 2017**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Case No.: 17-10017JKS

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

    THIS MATTER having been scheduled before the Court on 12/14/2017 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that Debtor must convert case to Chapter 11 by 12/22/2017 or the case will be dismissed without further hearing or notice to debtor(s) and debtor's attorney.