UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Stuart D. Gavzy, Esquire
8171 E. Del Barquero Drive
Scottsdale, AZ 85258
973-256-6080
Fax:480-452-1665
Attorney for Debtor

Order Filed on June 26, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:
Cristobal Collado

Case No.: 17-10017 JKS

Chapter: 11

Judge: JKS

## ORDER AUTHORIZING RETENTION OF

Stuart D. Gavzy, Esquire

The relief set forth on the following page is **ORDERED**.

**DATED: June 26, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain ___Stuart D. Gavzy, Esquire___

as ___Attorney for Debtor in Possession___, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 8171 E. Del Barquero Dr
Scotsdale, AZ 85258

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*