Form 169 – ntccovert

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17–10017–JKS
Chapter:  11
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Cristobal Collado
 37 East 17th Street
 Paterson, NJ 07524

Social Security No.:
 xxx–xx–2107

Employer's Tax I.D. No.:

## NOTICE OF HEARING
## ON APPLICATION/MOTION TO CONVERT CASE

An application/motion to convert the above–captioned case from Chapter 11 to Chapter 7, has been filed by UNITED STATES TRUSTEE.

Notice is hereby given that the Court will conduct a hearing on this matter to determine the application/motion for conversion before the Honorable John K. Sherwood on:

Date:            October 23, 2018
Time:              10:00 AM
Location:        Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Dated: September 17, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-10017-JKS
Cristobal Collado                                                   Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Sep 17, 2018
                              Form ID: 169          Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2018.
db          +Cristobal Collado,    37 East 17th Street,    Paterson, NJ 07524-1514
cr          +CSMC 2018-RPL1 Trust,    c/o Frenkel, Lambert, Weiss, Weisman & G,    80 Main Street, Suite 460,
              West Orange, NJ 07052-5414
516576113   +Americas Servicing Co,    P.o. Box 10328,    Des Moines, IA 50306-0328
516576114   +Ctech Coll,    5505 Nesconset Hwy,    Mount Sinai, NY 11766-2037
516725361   +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516576116   +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
517464561   #+Elizabeth Checo,    80 3rd Avenue 2nd Floor,    Paterson, NJ 07514-2008
516599865   +Federal National Mortgage Association,    Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
517464562   +Felipe Encarnacion,    101 Madison Avenue,    Paterson, NJ 07524-1524
516636969   +HSBC Bank USA, N.A., Trustee (See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517464563    Jaguanis Gomez,    37 East 17th Street 2nd Floor,    Hawthorne, NJ 07506
517464564   #+Joaquin Cedron,    690 East 24 th Street,    Paterson, NJ 07504-1904
517464565   +Miguel E. Tiburcio,    309 Wagaraw Rd,    Hawthorne, NJ 07506-1411
517464566   +Olga Lidia De Jesus,    80 3rd Avenue 1st Floor,    Paterson, NJ 07514-2008
517464557   +Quisquella Collado,    76 Chestnut Street,    Orange, NJ 07052-5919
517464559   +SLS,    P.O. Box 105219,    Atlanta, GA 30348-5219
516576119   +Seterus Inc,    14523 Sw Millikan Way St,    Beaverton, OR 97005-2352
516815198   +Seterus, Inc.,    PO Box 1047,    Hartford, CT 06143-1047
516576120   +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
517464567   #+Yngris Valdez,    690 East 24 th Street,    Paterson, NJ 07504-1904
517464568   +Yordany Zenon,    35 East 17th Street First Floor,    Paterson, NJ 07524-1514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: cio.bncmail@irs.gov Sep 17 2018 22:27:52      Dist Dir of IRS,
              Insolvency Function,    PO Box 724,    Springfield, NJ  07081-0724
smg          E-mail/Text: usanj.njbankr@usdoj.gov Sep 17 2018 22:28:03      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 17 2018 22:28:01      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
intp         E-mail/Text: BNC@magtrustee.com Sep 17 2018 22:28:12      Marie-Ann Greenberg,
              Chapter 13 Standing Trustee,    30 Two Bridges Road,    Suite 330,    Fairfield, NJ  07004-1550
cr          +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2018 22:33:55
              Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
516790775    E-mail/Text: bankruptcy.bnc@ditech.com Sep 17 2018 22:27:55
              Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
              Rapid City, South Dakota 57709-6154
516576115   +E-mail/Text: bankruptcy.bnc@ditech.com Sep 17 2018 22:27:55      Ditech Financial Llc,
              Po Box 6172,    Rapid City, SD 57709-6172
516815038    E-mail/Text: jennifer.chacon@spservicing.com Sep 17 2018 22:28:19
              PNC Bank, National Association,    c/o Select Portfolio Servicing, Inc.,    PO Box 65250,
              Salt Lake City, NJ 84165-0250
516576118   +E-mail/Text: jennifer.chacon@spservicing.com Sep 17 2018 22:28:19      Select Portfolio Svcin,
              Po Box 65250,    Salt Lake City, UT 84165-0250
516655983   +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2018 22:33:45      Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                      TOTAL: 10


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           SETERUS - Seterus, Inc.,    6409 Congress Avenue, Suite 100,    Boca Raton,
516576121    Unspecified Creditors
cr*         +FEDERAL NATIONAL MORTGAGE ASSOCIATION,    Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
516596017*  +Department of Treasury,    Internal Revenue Service,    P O Box 7346,
              Philadelphia, PA 19101-7346
516576117*  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
              PHILADELPHIA PA 19101-7346
             (address filed with court: IRS,    200 Federal Plaza, 3rd Floor,    Paterson, NJ 07505)
                                                                           TOTALS: 2, * 3, ## 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Transmission times for electronic delivery are Eastern Time zone.


Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Sep 17, 2018
                              Form ID: 169              Total Noticed: 31
```

                    ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2018 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
           Deutsche Alt-A Securities, Inc., Mortgage Pass- Through Certificates Series 2006-AR5
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee for
           GSAMP Trust 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-HSBC1
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com,  slahr@mdmc-law.com,
           nj42@ecfcbis.com,gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com
          Jill Manzo    on behalf of Creditor    Select Portfolio Servicing, INC., as servicer for CSMC
           2018-RPL1 Trust bankruptcy@feinsuch.com
          Justin Plean    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION jplean@rasflaw.com,
           bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Laura M. Egerman    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
           bkyecf@rasflaw.com,  bkyecf@rasflaw.com;legerman@rasnj.com
          Laura M. Egerman    on behalf of Creditor    SETERUS - Seterus, Inc. bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
          Sean M. O'Brien    on behalf of Creditor    CSMC 2018-RPL1 Trust sobrien@flwlaw.com
          Stuart D. Gavzy    on behalf of Debtor Cristobal  Collado stuart@gavzylaw.com,
           lesliebrown.paralegal@gmail.com
          Stuart David Gavzy    on behalf of Debtor Cristobal  Collado stuart.gavzy@gmail.com,
           lesliebrown.paralegal@gmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 12
```