Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 17−10017−JKS
                Chapter: 11
                Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cristobal Collado
   37 East 17th Street
   Paterson, NJ 07524

Social Security No.:
   xxx−xx−2107

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/25/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 25, 2018
JAN: zlh

                                                                                   Jeanne Naughton
                                                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Cristobal Collado  
    Debtor

Case No. 17-10017-JKS  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Oct 25, 2018  
                     Form ID: 148    Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2018.
```
db            +Cristobal Collado,    37 East 17th Street,    Paterson, NJ 07524-1514
cr            +CSMC 2018-RPL1 Trust,    c/o Frenkel, Lambert, Weiss, Weisman & G,    80 Main Street, Suite 460,
                West Orange, NJ 07052-5414
516576114     +Ctech Coll,    5505 Nesconset Hwy,    Mount Sinai, NY 11766-2037
516725361     +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516599865     +Federal National Mortgage Association,    Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
517464562     +Felipe Encarnacion,    101 Madison Avenue,    Paterson, NJ 07524-1524
516636969     +HSBC Bank USA, N.A., Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517464563      Jaguanis Gomez,    37 East 17th Street 2nd Floor,    Hawthorne, NJ 07506
517464564    #+Joaquin Cedron,    690 East 24 th Street,    Paterson, NJ 07504-1904
517464565     +Miguel E. Tiburcio,    309 Wagaraw Rd,    Hawthorne, NJ 07506-1411
517464566     +Olga Lidia De Jesus,    80 3rd Avenue 1st Floor,    Paterson, NJ 07514-2008
517464557     +Quisquella Collado,    76 Chestnut Street,    Orange, NJ 07052-5919
517464559     +SLS,    P.O. Box 105219,    Atlanta, GA 30348-5219
516576119     +Seterus Inc,    14523 Sw Millikan Way St,    Beaverton, OR 97005-2352
516815198     +Seterus, Inc.,    PO Box 1047,    Hartford, CT 06143-1047
517464567    #+Yngris Valdez,    690 East 24 th Street,    Paterson, NJ 07504-1904
517464568     +Yordany Zenon,    35 East 17th Street First Floor,    Paterson, NJ 07524-1514
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            EDI: IRS.COM Oct 26 2018 02:23:00      Dist Dir of IRS,    Insolvency Function,    PO Box 724,
                Springfield, NJ  07081-0724
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 25 2018 23:08:46      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 25 2018 23:08:41      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ  07102-5235
intp           E-mail/Text: BNC@magtrustee.com Oct 25 2018 23:09:31      Marie-Ann Greenberg,
                Chapter 13 Standing Trustee,    30 Two Bridges Road,    Suite 330,    Fairfield, NJ  07004-1550
cr            +EDI: RMSC.COM Oct 26 2018 02:23:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                PO BOX 41021,    Norfolk, VA 23541-1021
516576113     +EDI: WFFC.COM Oct 26 2018 02:23:00      Americas Servicing Co,    P.o. Box 10328,
                Des Moines, IA 50306-0328
516790775      E-mail/Text: bankruptcy.bnc@ditech.com Oct 25 2018 23:08:11
                Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                Rapid City, South Dakota 57709-6154
516576115     +E-mail/Text: bankruptcy.bnc@ditech.com Oct 25 2018 23:08:11      Ditech Financial Llc,
                Po Box 6172,    Rapid City, SD 57709-6172
516576116     +EDI: TSYS2.COM Oct 26 2018 02:23:00      Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
516815038      E-mail/Text: jennifer.chacon@spservicing.com Oct 25 2018 23:09:45
                PNC Bank, National Association,    c/o Select Portfolio Servicing, Inc.,    PO Box 65250,
                Salt Lake City, NJ 84165-0250
516576118     +E-mail/Text: jennifer.chacon@spservicing.com Oct 25 2018 23:09:45      Select Portfolio Svcin,
                Po Box 65250,    Salt Lake City, UT 84165-0250
516655983     +EDI: RMSC.COM Oct 26 2018 02:23:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
516576120     +EDI: CITICORP.COM Oct 26 2018 02:23:00      Thd/cbna,    Po Box 6497,
                Sioux Falls, SD 57117-6497
                                                                                               TOTAL: 13
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr             SETERUS - Seterus, Inc.,    6409 Congress Avenue, Suite 100,    Boca Raton,
516576121      Unspecified Creditors
cr*           +FEDERAL NATIONAL MORTGAGE ASSOCIATION,    Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
516596017*    +Department of Treasury,    Internal Revenue Service,    P O Box 7346,
                Philadelphia, PA 19101-7346
516576117*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
              (address filed with court:   IRS,     200 Federal Plaza, 3rd Floor,    Paterson, NJ 07505)
517464561    ##+Elizabeth Checo,    80 3rd Avenue 2nd Floor,    Paterson, NJ 07514-2008
                                                                                      TOTALS: 2, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin               Page 2 of 2               Date Rcvd: Oct 25, 2018
                              Form ID: 148              Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2018 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
           Deutsche Alt-A Securities, Inc., Mortgage Pass- Through Certificates Series 2006-AR5
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee for
           GSAMP Trust 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-HSBC1
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Eric Raymond Perkins    on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com,
           slahr@mdmc-law.com,nj42@ecfcbis.com,gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com
          Jill  Manzo    on behalf of Creditor    Select Portfolio Servicing, INC., as servicer for CSMC
           2018-RPL1 Trust bankruptcy@feinsuch.com
          Justin  Plean    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION jplean@rasflaw.com,
           bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Laura M. Egerman    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
           bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
          Laura M. Egerman    on behalf of Creditor    SETERUS - Seterus, Inc. bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
          Sean M. O'Brien    on behalf of Creditor    CSMC 2018-RPL1 Trust sobrien@flwlaw.com
          Stuart D. Gavzy    on behalf of Debtor Cristobal  Collado stuart@gavzylaw.com,
           lesliebrown.paralegal@gmail.com;gavzysr82824@notify.bestcase.com
          Stuart David Gavzy    on behalf of Debtor Cristobal  Collado stuart.gavzy@gmail.com,
           lesliebrown.paralegal@gmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 12
```