UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Michael A. Artis, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
E-Mail: michael.a.artis@usdoj.gov

Order Filed on October 25, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Cristobal Collado,

Debtor.

Case No.: 17-10017(JKS)

Chapter 11

Hearing Date:  October 23, 2018 at 10:00 a.m.

Judge: John K. Sherwood

## ORDER DISMISSING CHAPTER 11 CASE

The relief set forth on the following page(s), numbered two (2) is hereby **ORDERED**.

......
**DATED: October 25, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**

Cristobal Collado,

Chapter 11 Case No.: 17-10017(JKS)

**Order Dismissing Chapter 11 Case**

_____

Upon consideration of the Motion of the Acting United States Trustee by and through counsel, for an Order Converting Case from Chapter 11 to Chapter 7, or in the alternative, Dismissing the Chapter 11 case, pursuant to 11 U.S.C. § 1112(b), and notice of the motion having been given to the Debtor, Debtor's counsel, and parties in interest, and the Court having found cause for the entry of the within order, and good cause shown, it is hereby **ORDERED AS FOLLOWS**:

1. The chapter 11 case of Cristobal Collado, case number 17-10017(JKS), is hereby DISMISSED**.**

2. The filing of any and all outstanding monthly operating reports and the payment of any statutory fees due to the U.S. Trustee Program pursuant to 28 U.S.C. § 1930 through the date of this Order shall be brought current within 30 days of the entry of this Order.

3. The United States Trustee reserves all rights, including but not limited to seeking to reopen the case and the filing of a motion to convert this case to chapter 7 for the Debtor's failure to comply with the terms of this Order.

United States Bankruptcy Court
District of New Jersey

In re:  
Cristobal Collado  
    Debtor

Case No. 17-10017-JKS  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Oct 25, 2018  
                           Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2018.  
db          +Cristobal Collado,   37 East 17th Street,   Paterson, NJ 07524-1514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2018                                                                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2018 at the address(es) listed below:

        Denise E. Carlon   on behalf of Creditor   HSBC Bank USA, National Association as Trustee for Deutsche Alt-A Securities, Inc., Mortgage Pass- Through Certificates Series 2006-AR5 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Denise E. Carlon   on behalf of Creditor   Deutsche Bank National Trust Company, as trustee for GSAMP Trust 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-HSBC1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Eric Raymond Perkins   on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com, slahr@mdmc-law.com,nj42@ecfcbis.com,gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com  
        Jill Manzo   on behalf of Creditor   Select Portfolio Servicing, INC., as servicer for CSMC 2018-RPL1 Trust bankruptcy@feinsuch.com  
        Justin Plean   on behalf of Creditor   FEDERAL NATIONAL MORTGAGE ASSOCIATION jplean@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
        Laura M. Egerman   on behalf of Creditor   SETERUS - Seterus, Inc. bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
        Laura M. Egerman   on behalf of Creditor   FEDERAL NATIONAL MORTGAGE ASSOCIATION bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
        Michael A. Artis   on behalf of U.S. Trustee   U.S. Trustee michael.a.artis@usdoj.gov  
        Sean M. O'Brien   on behalf of Creditor   CSMC 2018-RPL1 Trust sobrien@flwlaw.com  
        Stuart D. Gavzy   on behalf of Debtor Cristobal Collado stuart@gavzylaw.com, lesliebrown.paralegal@gmail.com;gavzysr82824@notify.bestcase.com  
        Stuart David Gavzy   on behalf of Debtor Cristobal Collado stuart.gavzy@gmail.com, lesliebrown.paralegal@gmail.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                    TOTAL: 12